FILED

2019 Sep-30  AM 08:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**JET/RLW: Oct. 2019**
**GJ# 30**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** |
| | ) | |
| **JUSTIN DAVID BEATTY** | ) | **<u>FILED UNDER SEAL</u>** |

## <u>INDICTMENT</u>

## <u>COUNT ONE</u>

### [Production of Child Pornography - 18 U.S.C. §§ 2251(a) and (e)]

The Grand Jury charges that:

Between on or about August 7, 2014, and on or about August 12, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen (18) years, to wit: **Minor 1**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign

1

commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

### [Coercion and Enticement – 18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about August 7, 2014, and on or about August 12, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

## JUSTIN DAVID BEATTY,

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to wit, **Minor 1**, to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18 United States Code, Section 2422(b).

## COUNT THREE

### [Receipt of Child Pornography - 18 U.S.C. §§ 2252A(a)(2) and (b)(1)]

The Grand Jury charges that:

Between on or about August 7, 2014, and on or about August 12, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly receive and attempt to receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of **Minor 1**, that has been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT FOUR

### [Production of Child Pornography - 18 U.S.C. §§ 2251(a) and (e)]

The Grand Jury charges that:

Between on or about March 2013, and on or about April 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen (18) years, to wit: **Minor 2**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE

### [Coercion and Enticement – 18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about March 2013, and on or about April 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

**JUSTIN DAVID BEATTY,**

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to wit, **Minor 2**, to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18 United States Code, Section 2422(b).

## COUNT SIX

**[Receipt of Child Pornography - 18 U.S.C. §§ 2252A(a)(2) and (b)(1)]**

The Grand Jury charges that:

Between on or about March 2013, and on or about April 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

## JUSTIN DAVID BEATTY,

did knowingly receive and attempt to receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of **Minor 2**, that has been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT SEVEN

### [Production of Child Pornography - 18 U.S.C. §§ 2251(a) and (e)]

The Grand Jury charges that:

Between on or about February 23, 2014, and on or about May 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen (18) years, to wit: **Minor 3**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT EIGHT

### [Coercion and Enticement – 18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about February 23, 2014, and on or about May 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

**JUSTIN DAVID BEATTY,**

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to wit, **Minor 3**, to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18 United States Code, Section 2422(b).

## COUNT NINE

### [Receipt of Child Pornography - 18 U.S.C. §§ 2252A(a)(2) and (b)(1)]

The Grand Jury charges that:

Between on or about February 23, 2014 and on or about May 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

**JUSTIN DAVID BEATTY,**

7

did knowingly receive and attempt to receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of **Minor 3**, that has been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT TEN

**[Receipt of Child Pornography - 18 U.S.C. §§ 2252A(a)(2) and (b)(1)]**

The Grand Jury charges that:

On or about April 18, 2014, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly receive and attempt to receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of **Minor 4**, that has been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT ELEVEN

### [Production of Child Pornography - 18 U.S.C. §§ 2251(a) and (e)]

The Grand Jury charges that:

Between on or about July 31, 2014, and on or about August 6, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen (18) years, to wit: **Minor 5**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWELVE

### [Coercion and Enticement – 18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about July 31, 2014, and on or about August 6, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to wit, **Minor 5**, to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18 United States Code, Section 2422(b).

## COUNT THIRTEEN

### [Receipt of Child Pornography - 18 U.S.C. §§ 2252A(a)(2) and (b)(1)]

The Grand Jury charges that:

Between on or about July 31, 2014, and on or about August 6, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

### JUSTIN DAVID BEATTY,

did knowingly receive and attempt to receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of **Minor 5**, that has been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

<u>**COUNT FOURTEEN**</u>

**[Production of Child Pornography - 18 U.S.C. §§ 2251(a) and (e)]**

The Grand Jury charges that:

Between on or about February 9, 2014, and on or about February 15, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

**JUSTIN DAVID BEATTY**,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen (18) years, to wit: **Minor 6**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials

11

that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIFTEEN

### [Coercion and Enticement – 18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about February 9, 2014, and on or about February 15, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

## JUSTIN DAVID BEATTY,

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to wit, **Minor 6**, to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18 United States Code, Section 2422(b).

## COUNT SIXTEEN

### [Receipt of Child Pornography - 18 U.S.C. §§ 2252A(a)(2) and (b)(1)]

The Grand Jury charges that:

Between on or about February 9, 2014 and on or about February 15, 2014, a more specific date being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, the defendant,

**JUSTIN DAVID BEATTY,**

did knowingly receive and attempt to receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of **Minor 6**, that has been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

As a result of the foregoing offenses alleged in **COUNTS ONE through SIXTEEN** of this Indictment, the defendant,

**JUSTIN DAVID BEATTY,**

shall forfeit to the United States the following:

A. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, computer disk, thumb drive, flash drive, or other matter that contains any such visual depiction, which was produced,

transported, mailed, shipped, and received in violation of Chapter 110 of the United States Code;

B. any property, real or personal, used and intended to be used to commit and to promote the commission of such offenses, including but not limited to the following: (1) Samsung SGH-1777 smartphone with IMEI 358055043570649; (2) AT&T SIM Card 89014104276603924057; (3) RCA tablet Model: RCT 6272W23; (4) RCA Tablet S/N: RS101DL8C1450 Model: RCT6103W46; (5) 8 GB SanDisk Thumb Drive S/N: 20053753530F1D81; (6) SanDisk 4 GB Micro SD Card; and

C. any proceeds or gross profits of the offenses, or any property traceable thereto.

If any property subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), as a result of any act or omission of the defendant,

## JUSTIN DAVID BEATTY,

1) cannot be located upon the exercise of due diligence;

2) has been transferred or sold to, or deposited with, a third person;

3) has been placed beyond the jurisdiction of the Court;

4) has been substantially diminished in value; or

14

5) has been commingled with other property that cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek

forfeiture of any other property of said defendant up to the value of the above

forfeitable property.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

*/s/ electronic signature*
FOREPERSON OF THE GRAND JURY

JAY E. TOWN
United States Attorney

*/s/ electronic signature*
R. LEANN WHITE
Assistant United States Attorney