UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,              5:19-CR-482-LSC-HNJ

          V.                           SEPTEMBER 24, 2020

JUSTIN DAVID BEATTY,                    BIRMINGHAM, ALABAMA

          DEFENDANT.

* * * * * * * * * * * *

           TRANSCRIPT OF GUILTY PLEA HEARING
        BEFORE THE HONORABLE L. SCOTT COOGLER,
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE UNITED STATES:

ROBIN LEANN WHITE, ESQ.

ASSISTANT UNITED STATES ATTORNEY

HUNTSVILLE, ALABAMA


FOR THE DEFENDANT:

JAMES T. GIBSON, ESQ.

ASSISTANT FEDERAL PUBLIC DEFENDER

BIRMINGHAM, ALABAMA


COURT REPORTER:

LINDY M. FULLER, RMR, CRR, CRC

FEDERAL OFFICIAL COURT REPORTER

BIRMINGHAM, ALABAMA

```
1              P R O C E E D I N G S

2            (BY VIDEO TELECONFERENCE)

3            THE COURT:  THIS IS THE UNITED STATES

4    OF AMERICA V. JUSTIN BEATTY, CASE NUMBER 19-482.

5    WE ARE HERE FOR THE PURPOSE OF ALLOWING THE

6    DEFENDANT TO ENTER A PLEA OF GUILTY, IF HE WISHES

7    TO DO THAT.

8                IS THE GOVERNMENT READY TO PROCEED?

9            MS. WHITE:  YES, YOUR HONOR, WE ARE.

10           THE COURT:  IS THE DEFENSE READY TO

11   PROCEED?

12           MR. GIBSON:  YES.  THANK YOU, YOUR

13   HONOR.

14           THE COURT:  ALL RIGHT. MR. BEATTY, CAN

15   YOU HEAR ME OKAY?

16           THE DEFENDANT:  YES, YOUR HONOR.

17           THE COURT:  IT'S MY UNDERSTANDING THAT

18   YOU HAVE REQUESTED THAT WE PROCEED IN THIS

19   FASHION; IN OTHER WORDS, BY VIDEO CONFERENCE

20   RATHER THAN DOING THIS IN PERSON.  IS THAT

21   CORRECT?

22           THE DEFENDANT:  YES, YOUR HONOR.

23           THE COURT:  I WANT YOU TO UNDERSTAND,

24   IF YOU WANT TO DO IT IN PERSON, WE CERTAINLY CAN

25   DO THAT.  BUT I DO FIND THAT FURTHER DELAY WOULD
```

```
1    BE NOT IN THE INTEREST OF JUSTICE.  IN OTHER
2    WORDS, THAT WE CAN'T DELAY THIS ANY FURTHER
3    WITHOUT SERIOUS HARM TO THE INTEREST OF JUSTICE
4    AND THAT THE PLEA CAN BE CONDUCTED BY VIDEO
5    CONFERENCE OR BY TELEPHONE CONFERENCE.  AND THAT
6    WHILE WE COULD BRING YOU UP FOR A PROCEEDING IN
7    PERSON, IT CERTAINLY WOULD BE A LOT SAFER WITH
8    REGARD TO EXPOSURE TO THE CORONA VIRUS AND THE
9    LIKE BY DOING IT IN THIS MANNER.
10         SO, JAMIE, IS THAT YOUR UNDERSTANDING,
11   THAT YOU HAVE ACTUALLY TALKED TO YOUR CLIENT AND
12   HE WANTS TO PROCEED IN THIS MANNER BY VIDEO
13   CONFERENCE?
14         MR. GIBSON:  YES, YOUR HONOR, THAT'S
15   CORRECT.  I ANTICIPATE WE'LL REQUEST AN IN-PERSON
16   SENTENCING, BUT THAT'S, OF COURSE, FOR ANOTHER
17   DAY.  I KNOW THE COURT WILL BE HAPPY TO
18   ACCOMMODATE THAT.  BUT WE TALKED ABOUT THIS
19   EXTENSIVELY; MR. BEATTY IS AMENABLE TO PROCEEDING
20   THIS WAY THIS MORNING.
21         THE COURT:  AND I WILL TELL YOU THIS
22   ALSO, MR. BEATTY.  IF YOU NEED TO HAVE A PRIVATE
23   CONVERSATION WITH YOUR ATTORNEY, IF YOU DO, LET
24   US KNOW; JUST INDICATE SUCH.  WE HAVE A CELL
25   PHONE THAT'S ACTUALLY THERE AND AVAILABLE FOR YOU
```

```
 1    IF YOU NEED TO TALK TO HIM DIRECTLY.  OKAY?
 2            THE DEFENDANT:  OKAY.
 3            THE COURT:  SO, WITH ALL THAT SAID, WE
 4    WILL PROCEED.
 5            I AM GOING TO PLACE YOU UNDER OATH
 6    BECAUSE I HAVE SOME QUESTIONS THAT I NEED TO ASK
 7    YOU AND YOUR RESPONSES TO MY QUESTIONS WILL BE
 8    MATERIAL; THAT IS, IMPORTANT TO THE DECISIONS I
 9    HAVE TO MAKE.
10            TELL ME THE TRUTH.  IF YOU DON'T TELL
11    ME THE TRUTH YOU COULD BE CHARGED WITH PERJURY.
12    DO YOU UNDERSTAND THAT?
13            THE DEFENDANT:  YES, YOUR HONOR.
14            THE COURT:  RAISE YOUR RIGHT HAND AND
15    TAKE THIS OATH.
16               (DEFENDANT DULY SWORN.)
17            THE COURT:  TELL ME YOUR FULL NAME,
18    PLEASE.
19            THE DEFENDANT:  JUSTIN DAVID BEATTY.
20            THE COURT:  AND CAN YOU SCOOT JUST A
21    LITTLE BIT CLOSER SO WE CAN HEAR YOU, JUST A
22    LITTLE BIT, FOR ME?
23            THE DEFENDANT:  YES.
24            THE COURT:  STATE YOUR NAME AGAIN.
25             THE DEFENDANT:  JUSTIN DAVID BEATTY.
```

1              THE COURT:  WHAT'S YOUR DATE OF BIRTH,

2     MR. BEATTY?

3              THE DEFENDANT:  NOVEMBER 19, 1989.

4              THE COURT:  AND YOU ARE THE SAME

5     INDIVIDUAL WHO IS CHARGED IN THIS PARTICULAR CASE

6     IN THIS INDICTMENT; IS THAT CORRECT?

7              THE DEFENDANT:  YES, YOUR HONOR.

8              THE COURT:  IN THE LAST 48 HOURS, LAST

9     TWO DAYS, HAVE YOU TAKEN ANY DRUGS, LEGAL DRUGS

10    OR ILLEGAL DRUGS?

11             THE DEFENDANT:  NO.

12             THE COURT:  IN THE LAST 48 HOURS, HAVE

13    YOU CONSUMED ANY ALCOHOLIC BEVERAGE?

14             THE DEFENDANT:  NO.

15             THE COURT:  DO YOU SUFFER FROM ANY

16    MENTAL IMPAIRMENT, PHYSICAL ILLNESS, OR EMOTIONAL

17    ILLNESS OR IMPAIRMENT THAT MIGHT AFFECT YOUR

18    ABILITY TO UNDERSTAND WHAT WE ARE DOING HERE

19    TODAY?

20             THE DEFENDANT:  NO.

21             THE COURT:  LET'S TALK ABOUT YOUR

22    LAWYER; I HAVE KNOWN HIM FOR A LONG TIME.  AND

23    YOU CAN SEE HIM ON THE SCREEN; IS THAT CORRECT?

24             THE DEFENDANT:  YES.

25             THE COURT:  HOW HAS HE DONE AS FAR AS

```
1    AN ATTORNEY GOES?
2             THE DEFENDANT:  HE HAS DONE A GOOD JOB.
3             THE COURT:  DO YOU HAVE ANY COMPLAINTS
4    ABOUT HIS REPRESENTATION OF YOU?
5             THE DEFENDANT:  NO.
6             THE COURT:  OKAY, GOOD.
7                 I NEED TO GO OVER SOME MATTERS
8    WITH YOU, BUT I NEED TO, AT THE SAME TIME, I AM
9    GOING TO SHOW YOU SOME DOCUMENTS.  SO I AM GOING
10   TO SHARE A SCREEN WITH YOU SO THAT YOU CAN SEE
11   WHAT I AM LOOKING AT.  OKAY?
12            THE DEFENDANT:  OKAY.
13            THE COURT:  CAN YOU SEE THAT?
14            THE DEFENDANT:  YES, YOUR HONOR.
15            THE COURT:  THIS IS CALLED A GUILTY
16   PLEA ADVICE OF RIGHTS CERTIFICATION; IT'S IN YOUR
17   CASE.  IT APPEARS TO ME THAT THEY HAVE YOUR
18   INITIALS.  DO YOU SEE RIGHT HERE?  IS THAT YOUR
19   INITIALS?
20            THE DEFENDANT:  YES.
21            THE COURT:  AND IT APPEARS TO ME THAT
22   YOUR INITIALS ARE GOING DOWN ON THE LEFT HAND
23   SIDE OF EACH PAGE, WHICH WOULD INDICATE TO ME
24   THAT YOUR ATTORNEY WENT OVER EACH ONE OF THESE
25   SECTIONS WITH YOU.  DID HE DO THAT?
```

```
1                    THE DEFENDANT:  YES.

2                    THE COURT:  DID YOU ALSO READ THIS

3      DOCUMENT?

4                    THE DEFENDANT:  YES.

5                    THE COURT:  BASED UPON THAT, DO YOU

6      UNDERSTAND THE INFORMATION AND THE RIGHTS THAT

7      ARE DESCRIBED IN THIS DOCUMENT?

8                    THE DEFENDANT:  YES.

9                    THE COURT:  DO YOU HAVE ANY QUESTIONS

10     ABOUT ANY OF THE INFORMATION OR THE RIGHTS THAT

11     ARE CONTAINED IN THIS DOCUMENT?

12                   THE DEFENDANT:  NO.

13                   THE COURT:  AND IT APPEARS TO ME THAT

14     AT THE END OF THE DOCUMENT IT HAS YOUR SIGNATURE;

15     I HAVE HIGHLIGHTED IT THERE.  IS THAT YOUR

16     SIGNATURE?

17                   THE DEFENDANT:  YES.

18                   THE COURT:  DID YOU SIGN THIS DOCUMENT

19     AFTER YOU READ IT?

20                   THE DEFENDANT:  YES.

21                   THE COURT:  OKAY.  NOW, AT SOME TIME OR

22     ANOTHER, YOU PARTICIPATED IN SOMETHING WE CALL AN

23     ARRAIGNMENT.  AND AN ARRAIGNMENT IS BASICALLY

24     WITH ANOTHER JUDGE; I DON'T THINK IT WAS ME.  IT

25     COULD HAVE BEEN ME BUT I DON'T THINK SO.  WHERE
```

```
 1   ANOTHER JUDGE WOULD HAVE DESCRIBED TO YOU YOUR
 2   RIGHTS, TOLD YOU WHAT YOUR RIGHTS WERE,
 3   GENERALLY, AND ALSO MADE SURE THAT YOU UNDERSTOOD
 4   THE CHARGES AGAINST YOU AND GAVE YOU A COPY OF
 5   THE INDICTMENT.  DID THAT HAPPEN?
 6              THE DEFENDANT:  YES.
 7              THE COURT:  AND YOU WOULD HAVE BEEN
 8   REPRESENTED BY AN ATTORNEY AT THAT TIME; IS THAT
 9   CORRECT?
10              THE DEFENDANT:  YES.
11              THE COURT:  AND AT THAT TIME, WHEN THEY
12   GAVE YOU THE INDICTMENT, DID YOU TAKE THE TIME TO
13   READ THE INDICTMENT?
14              THE DEFENDANT:  YES.
15              THE COURT:  BASED UPON THAT, DO YOU
16   UNDERSTAND THE CHARGES THEY HAVE AGAINST YOU?
17              THE DEFENDANT:  YES.
18              THE COURT:  ALSO, AT THAT TIME, YOU
19   WOULD HAVE ENTERED A PLEA OF NOT GUILTY.  DO YOU
20   REMEMBER DOING THAT?
21              THE DEFENDANT:  YES.
22              THE COURT:  WHEN YOU PLED NOT GUILTY TO
23   THE CHARGES AGAINST YOU, THAT MAKES SURE THAT YOU
24   WON'T BE CONVICTED OF ANYTHING UNLESS WE EITHER
25   DO THIS KIND OF PROCEEDING, WHICH IS CALLED A
```

1    GUILTY PLEA PROCEEDING.  AND AFTER I EXPLAIN YOUR

2    RIGHTS TO YOU AND I GO OVER THE CHARGES AND MAKE

3    SURE THAT IT IS YOUR FREE AND VOLUNTARY ACT -- IN

4    OTHER WORDS, THAT YOU KNOW WHAT YOU ARE DOING,

5    NOBODY IS COERCING YOU, AND YOU DECIDE YOU WANT

6    TO PLEAD GUILTY, THAT'S ONE WAY YOU COULD BE

7    FOUND GUILTY.  THE OTHER IS BY US HAVING A TRIAL

8    AND PRESENTING THE MATTER TO A JURY.

9              DO YOU UNDERSTAND THAT'S THE WAY THAT

10   IT WORKS?

11              THE DEFENDANT:  YES.

12              THE COURT:  IF YOU ELECT TO GO TO

13   TRIAL, EVEN THOUGH YOU HAVE SIGNED THE VARIOUS

14   DOCUMENTS IN THIS CASE, AND AT THE END I AM GOING

15   TO ASK YOU HOW YOU PLEAD, BUT EVEN IF YOU WERE

16   TO, AT THE END OF TODAY WHEN I ASK YOU HOW YOU

17   PLEAD, YOU SAY, "WELL, I CHANGED MY MIND, I WANT

18   TO PLEAD NOT GUILTY" -- THAT'S FINE.  YOU WOULD

19   HAVE THE RIGHT TO GO ON TO TRIAL AT THAT POINT.

20              AND IF YOU DO GO TO TRIAL, THEN THE

21   GOVERNMENT, THAT'S THE LADY RIGHT UP THERE IN THE

22   RED TOP, MS. WHITE, THE GOVERNMENT WOULD HAVE THE

23   JOB OR RESPONSIBILITY OF PROVING YOU GUILTY

24   BEYOND A REASONABLE DOUBT.  YOU WOULD HAVE NO

25   BURDEN OF PROOF WHATSOEVER IN YOUR CASE.  IN

1   FACT, YOU COULD SIT SILENT AND NOT PRESENT

2   ANYTHING.  AND IF THE GOVERNMENT FAILS TO PROVE

3   YOU GUILTY BEYOND A REASONABLE DOUBT, YOU WOULD

4   BE ENTITLED TO A VERDICT OF NOT GUILTY.

5              AND THERE IS A LOT OF DIFFERENT CHARGES

6   AGAINST YOU, BUT IF THEY FAILED TO PROVE ANY ONE

7   OF THOSE CHARGES AS TO THAT PARTICULAR CHARGE,

8   YOU WOULD BE ENTITLED TO A VERDICT OF NOT GUILTY

9   BECAUSE YOU ARE PRESUMED TO BE INNOCENT AND THE

10  JURY WILL ACTUALLY CONSIDER THAT AS EVIDENCE IN

11  YOUR FAVOR.

12             DO YOU UNDERSTAND THAT?

13             THE DEFENDANT:  YES, YOUR HONOR.

14             THE COURT:  AT ANY TRIAL YOU WOULD HAVE

15  THE RIGHT TO BE REPRESENTED BY A

16  CONSTITUTIONALLY-ADEQUATE ATTORNEY, SUCH AS

17  MR. GIBSON THERE, AND YOU WOULD HAVE THE RIGHT TO

18  CONFRONT AND CROSS EXAMINE ALL THE WITNESSES AND

19  ALL THE EVIDENCE THAT THE GOVERNMENT PRESENTS

20  AGAINST YOU.

21             YOU WOULD ALSO HAVE THE RIGHT TO

22  PRESENT YOUR OWN WITNESSES AND YOUR OWN EVIDENCE,

23  IF YOU WOULD LIKE TO DO THAT.  AND ALSO, IT COMES

24  UP FROM TIME TO TIME THAT A DEFENDANT HAS A RIGHT

25  TO TESTIFY IN THEIR OWN CASE, AND THAT IS

1    ABSOLUTELY TRUE.  AND YOU CAN GET ADVICE FROM

2    YOUR ATTORNEY OR ANYBODY ELSE YOU WANT TO AS TO

3    WHETHER OR NOT YOU WISH TO TESTIFY.  BUT IN THE

4    END, IT IS COMPLETELY UP TO YOU WHETHER OR NOT

5    YOU TESTIFY.

6              DO YOU UNDERSTAND THAT?

7              THE DEFENDANT:  YES, YOUR HONOR.

8              THE COURT:  IF YOU DECIDE TO TESTIFY,

9    THE GOVERNMENT WOULD HAVE THE RIGHT TO CROSS

10   EXAMINE YOU JUST LIKE ALL WITNESSES ARE SUBJECT

11   TO CROSS EXAMINATION.  BUT IF YOU DECIDE NOT TO

12   TESTIFY THEN NOBODY IS GOING TO SAY ANYTHING AT

13   ALL ABOUT THAT.

14             DO YOU UNDERSTAND THAT?

15             THE DEFENDANT:  YES.

16             THE COURT:  DO YOU HAVE ANY QUESTIONS

17   ABOUT THE RIGHTS I HAVE EXPLAINED TO YOU?

18             THE DEFENDANT:  NO.

19             THE COURT:  IF YOU PLEAD GUILTY, YOU

20   WILL GIVE UP ALL THOSE RIGHTS THAT I HAVE TALKED

21   TO YOU ABOUT.  YOU WILL NOT HAVE THE RIGHT TO

22   HAVE A TRIAL BECAUSE THERE WON'T BE A TRIAL;

23   THERE WON'T BE A NEED FOR ONE.  I WILL SIMPLY BE

24   FINDING YOU GUILTY, IF I ACCEPT YOUR GUILTY PLEA,

25   AND WE'LL SET YOU UP FOR SENTENCING.

1          DO YOU UNDERSTAND THAT?

2          THE DEFENDANT:  YES, YOUR HONOR.

3          THE COURT:  OKAY.  DO YOU HAVE ANY

4    QUESTIONS ABOUT ANY OF THE RIGHTS THAT I HAVE

5    EXPLAINED TO YOU?

6          THE DEFENDANT:  NO.

7          THE COURT:  I AM GOING TO ASK THE

8    GOVERNMENT TO EXPLAIN THE NATURE AND MATERIAL

9    ELEMENTS OF THE OFFENSES YOU ARE CHARGED WITH

10   THAT I UNDERSTAND YOU ARE GOING TO PLEAD GUILTY

11   TO.  IT'S MY UNDERSTANDING THAT YOU WISH TO OFFER

12   A GUILTY PLEA TO COUNTS ONE, TWO, THREE, FOUR,

13   FIVE, AND SIX.  AND THAT UPON SENTENCING, IT'S MY

14   UNDERSTANDING THAT THE GOVERNMENT WILL MOVE TO

15   DISMISS THE REMAINING COUNTS AT THE TIME OF YOUR

16   SENTENCING.

17          SO, WITH THAT SAID, UNLESS I HAVE

18   GOTTEN THAT WRONG, GOVERNMENT, WOULD YOU PLEASE

19   EXPLAIN THE NATURE AND MATERIAL ELEMENTS OF THE

20   OFFENSES THAT THE DEFENDANT IS CHARGED WITH THAT

21   HE INTENDS TO PLEAD GUILTY TO?

22          MS. WHITE:  YES, YOUR HONOR.

23          IN COUNTS ONE AND FOUR, HE IS

24   CHARGED WITH PRODUCTION OF CHILD PORNOGRAPHY.

25   AND THE ELEMENTS OF THAT OFFENSE IS THAT THE

1  DEFENDANT KNOWINGLY, ATTEMPTED TO, AND DID

2  EMPLOY, USE, PERSUADE, INDUCE, ENTICE, OR COERCE

3  THE VICTIM TO TAKE PART IN SEXUALLY-EXPLICIT

4  CONDUCT FOR THE PURPOSE OF PRODUCING A VISUAL

5  DEPICTION OF SUCH CONDUCT.  AND THAT AT THE TIME,

6  THE VICTIM WAS A MINOR WHO WAS UNDER THE AGE OF

7  18 YEARS.  AND ALSO THAT EITHER THE DEFENDANT

8  KNEW OR HAD REASON TO KNOW THAT THE VISUAL

9  DEPICTION WOULD BE MAILED OR TRANSPORTED IN

10  INTERSTATE OR FOREIGN COMMERCE; THAT THE VISUAL

11  DEPICTION WAS PRODUCED USING MATERIALS THAT HAVE

12  BEEN MAILED, SHIPPED, OR TRANSPORTED IN

13  INTERSTATE OR FOREIGN COMMERCE BY ANY MEANS,

14  INCLUDING BY A COMPUTER, OR THAT THE VISUAL

15  DEPICTION WAS MAILED OR ACTUALLY TRANSPORTED IN

16  INTERSTATE OR FOREIGN COMMERCE.

17          AND THEN IN COUNTS TWO AND FIVE, THE

18  DEFENDANT IS CHARGED WITH ENTICEMENT AND COERCION

19  UNDER 18 USC SECTION 2422 (B).  THE ELEMENTS OF

20  THAT OFFENSE ARE THAT, ONE, THE DEFENDANT

21  KNOWINGLY USED A FACILITY OR MEANS OF INTERSTATE

22  COMMERCE TO PERSUADE, INDUCE, ENTICE, OR COERCE

23  AN INDIVIDUAL UNDER THE AGE OF 18 YEARS TO ENGAGE

24  IN SEXUAL ACTIVITY; AND THAT, TWO, THE DEFENDANT

25  BELIEVED SUCH INDIVIDUAL WAS LESS THAN 18 YEARS

1  OF AGE; AND THAT, THREE, THE DEFENDANT COULD HAVE

2  BEEN CHARGED WITH A CRIMINAL OFFENSE FOR ENGAGING

3  IN THE SPECIFIED SEXUAL ACTIVITY.

4        THEN IN COUNTS THREE AND SIX, HE IS

5  CHARGED WITH RECEIPT OF CHILD PORNOGRAPHY UNDER

6  18 USC SECTION 2252(A)(A)(2).  AND THE ELEMENTS

7  OF THAT OFFENSE ARE, ONE, THAT THE DEFENDANT

8  KNOWINGLY RECEIVED AN ITEM OF CHILD PORNOGRAPHY;

9  THAT, TWO, THE ITEM OF CHILD PORNOGRAPHY HAD BEEN

10  TRANSPORTED, SHIPPED, OR MAILED IN INTERSTATE OR

11  FOREIGN COMMERCE, INCLUDING BY COMPUTER; AND,

12  THREE, WHEN THE DEFENDANT RECEIVED THE ITEM, THE

13  DEFENDANT BELIEVED IT WAS OR CONTAINED CHILD

14  PORNOGRAPHY.

15        THE COURT:  DID YOU HEAR WHAT THE

16  GOVERNMENT SAID?

17        THE DEFENDANT:  YES.

18        THE COURT:  DID YOU UNDERSTAND WHAT SHE

19  SAID?

20        THE DEFENDANT:  YES.

21        THE COURT:  I NEED TO ADD A COUPLE OF

22  LITTLE THINGS HERE.  "KNOWINGLY" IS A TERM THAT

23  THE GOVERNMENT USED; I WANT TO MAKE SURE THAT YOU

24  UNDERSTAND IT.  "KNOWINGLY" MEANS THE ACT WAS

25  DONE VOLUNTARILY AND INTENTIONALLY, NOT BECAUSE

1   OF MISTAKE AND NOT BECAUSE OF ACCIDENT.

2          "WILLFULLY", IF THAT TERM WAS USED,

3   MEANS THE ACT WAS COMMITTED VOLUNTARILY AND

4   PURPOSEFULLY, WITH SPECIFIC INTENT TO DO

5   SOMETHING THAT THE LAW FORBIDS; THAT IS, WITH BAD

6   PURPOSE EITHER TO DISOBEY OR DISREGARD THE LAW.

7          NOW, DO YOU UNDERSTAND WHAT THE

8   GOVERNMENT MUST PROVE TO PROVE YOU GUILTY OF

9   THESE OFFENSES?

10          THE DEFENDANT:  YES.

11          THE COURT:  I AM GOING TO ASK THE

12   GOVERNMENT TO EXPLAIN NOW THE STATUTORY RANGE OF

13   PUNISHMENT, OKAY, FOR EACH ONE OF THESE OFFENSES

14   THAT YOU INTEND TO PLEAD GUILTY TO.  AND THEN I

15   AM GOING TO TALK TO YOU ABOUT THE GUIDELINE RANGE

16   OF PUNISHMENT.  OKAY?

17          GO AHEAD, GOVERNMENT.

18          MS. WHITE:  THANK YOU, YOUR HONOR.

19          PRODUCTION OF CHILD PORNOGRAPHY AS

20   CHARGED IN COUNTS ONE AND FOUR:  THE STATUTORY

21   RANGE OF PUNISHMENT IS NOT LESS THAN 15 YEARS TO

22   NOT MORE THAN 30 YEARS; A FINE OF NOT MORE THAN

23   $250,000; AND SUPERVISED RELEASE OF NOT LESS THAN

24   FIVE YEARS AND NOT MORE THAN LIFE.

25          AS CHARGED IN COUNTS TWO AND FIVE,

1   COERCION AND ENTICEMENT, THE RANGE OF PUNISHMENT

2   IS NOT LESS THAN TEN YEARS AND NOT MORE THAN

3   LIFE.  IT ALSO CARRIES A FINE OF NOT MORE THAN

4   $250,000, AND SUPERVISED RELEASE OF NOT LESS THAN

5   FIVE YEARS TO LIFE.

6            IN COUNTS THREE AND SIX, FOR RECEIPT OF

7   CHILD PORNOGRAPHY, THE IMPRISONMENT RANGE IS NOT

8   LESS THAN FIVE YEARS TO NO MORE THAN 20 YEARS.

9   ALSO, A FINE OF NOT MORE THAN $250,000, AND

10  SUPERVISED RELEASE OF NOT LESS THAN FIVE YEARS TO

11  NO MORE THAN LIFE.

12           ALL THESE CHARGES ALSO HAVE A CRIMINAL

13  FORFEITURE AND RESTITUTION PROVISIONS AS WELL.

14           THE COURT:  I WANT YOU TO UNDERSTAND

15  EACH ONE OF THESE CHARGES IS A FELONY AND, AS

16  SUCH, MAY DEPRIVE YOU OF VALUABLE CIVIL RIGHTS

17  SUCH AS THE RIGHT TO VOTE, HOLD PUBLIC OFFICE,

18  SERVE ON A JURY, OR POSSESS ANY KIND OF FIREARM.

19  AND ALSO HAVE REQUIREMENTS INCLUDING SUCH THINGS

20  AS SEX OFFENDER NOTIFICATION ACT REQUIREMENTS AND

21  THAT TYPE THING.  OKAY?

22           DO YOU UNDERSTAND ALL OF THAT?

23           THE DEFENDANT:  YES, YOUR HONOR.

24           THE COURT:  THAT'S THE STATUTORY RANGE

25  OF PUNISHMENT AND WE ARE ALL BOUND TO FOLLOW

1    THAT.

2              THERE IS, HOWEVER, SOMETHING CALLED THE

3    SENTENCING GUIDELINE RANGE.  I ASSUME YOUR LAWYER

4    TALKED TO YOU ABOUT BOTH OF THESE STATUTORY

5    RANGES AS WELL AS THE SENTENCING GUIDELINE RANGE.

6    DID HE DO THAT?

7              THE DEFENDANT:  YES.

8              THE COURT:  AND I WANT YOU TO KNOW THAT

9    THE GUIDELINE RANGE IS ADVISORY.  IT'S NOT

10   BINDING UPON ME.  IT IS SOMETHING I AM CHARGED

11   WITH THE RESPONSIBILITY OF CONSIDERING BUT IT'S

12   TO HELP ME DETERMINE AN APPROPRIATE SENTENCE TO

13   GIVE YOU.

14             SO, DID YOUR LAWYER ACTUALLY TALK TO

15   YOU ABOUT THE GUIDELINE RANGE?

16             THE DEFENDANT:  YES, YOUR HONOR.

17             THE COURT:  AND HE MAY HAVE GOTTEN IT

18   CORRECT BUT, THEN AGAIN, HE MAY NOT.  IT MAY BE

19   TOTALLY DIFFERENT FROM WHAT HE SAID.  NOBODY CAN

20   TELL YOU FOR SURE WHAT YOUR GUIDELINE RANGE WILL

21   BE UNTIL WE HAVE YOUR SENTENCING HEARING AND I

22   RULE ON WHAT COMES IN AND WHAT DOESN'T.

23             DO YOU UNDERSTAND THAT?

24             THE DEFENDANT:  YES.

25             THE COURT:  SO, IF YOUR LAWYER GOT THE

1    GUIDELINE RANGE INCORRECT, IT WILL JUST BE

2    INCORRECT.  IT WON'T BE A REASON TO SET ASIDE

3    YOUR GUILTY PLEA.

4              DO YOU UNDERSTAND ME?

5              THE DEFENDANT:  YES.

6              THE COURT:  OKAY.  ALL RIGHT, SO, PLEA

7    AGREEMENTS ARE AN AGREEMENT THAT YOU HAVE BETWEEN

8    YOU AND THE GOVERNMENT, THE DEFENDANT AND THE

9    GOVERNMENT, NOT WITH THE COURT.  IT IS NOT

10   BINDING UPON THE COURT.  THE PLEA AGREEMENT IS A

11   CONTRACT YOU HAVE WITH THE GOVERNMENT.  DO YOU

12   UNDERSTAND THAT?

13             THE DEFENDANT:  YES, YOUR HONOR.

14             THE COURT:  AND THERE IS A DOCUMENT

15   WHICH YOUR LAWYER AND THE GOVERNMENT HAVE FILED

16   CALLED "PLEA AGREEMENT".  I AM GOING TO SHOW YOU

17   A COPY OF IT BECAUSE I NEED TO ASK YOU QUESTIONS

18   ABOUT IT.  OKAY?

19             THE DEFENDANT:  OKAY.

20             THE COURT:  DO YOU SEE THAT DOCUMENT?

21             THE DEFENDANT:  YES.

22             THE COURT:  DO YOU SEE RIGHT HERE

23   WHERE IT SAYS "PLEA AGREEMENT" RIGHT THERE AT THE

24   TOP?

25             THE DEFENDANT:  YES, YOUR HONOR.

1                    THE COURT:  NOW, HAVE YOU SEEN THIS

2     DOCUMENT BEFORE?

3                    THE DEFENDANT:  YES.

4                    THE COURT:  IN FACT, DID YOU PUT YOUR

5     INITIALS AT THE BOTTOM RIGHT CORNER OF EACH PAGE?

6                    THE DEFENDANT:  YES.

7                    THE COURT:  DID YOU READ THIS DOCUMENT?

8                    THE DEFENDANT:  YES.

9                    THE COURT:  DID YOUR LAWYER GO OVER THE

10    DOCUMENT WITH YOU AS WELL?

11                   THE DEFENDANT:  YES.

12                   THE COURT:  AND THEN BASED UPON THAT,

13    CAN YOU TELL ME, DOES THIS DOCUMENT STATE THE

14    ENTIRE AGREEMENT YOU HAVE WITH THE GOVERNMENT?

15                   THE DEFENDANT:  YES.

16                    THE COURT:  AND I WILL ASK JAMIE:

17    DOES THIS DOCUMENT STATE THE ENTIRE AGREEMENT

18    YOUR CLIENT HAS WITH THE GOVERNMENT?

19                   MR. GIBSON:  YOUR HONOR, IT DOES.

20                   THE COURT:  AND I WILL ASK MS. WHITE:

21    DOES THIS DOCUMENT STATE THE ENTIRE AGREEMENT

22    THAT THE GOVERNMENT HAS WITH THE DEFENDANT?

23                   MS. WHITE:  IT DOES, YOUR HONOR.

24                   THE COURT:  I AM GOING TO TURN BACK,

25    THERE IS A SECTION THAT BEGINS, LET'S SEE, ON

1   PAGE FOUR.  RIGHT HERE, SAYS FACTUAL BASIS FOR

2   PLEA.  DO YOU SEE THAT?

3            THE DEFENDANT:  YES, YOUR HONOR.

4            THE COURT:  THEN IT DESCRIBES CONDUCT

5   THAT THE GOVERNMENT CONTENDS THEY WOULD PROVE AT

6   TRIAL SUPPORTING THE CHARGES AGAINST YOU.  AND

7   THIS ALSO HAS THE PURPOSE OF SUPPORTING THE FACTS

8   THAT WILL BE PUT INTO THE PRESENTENCE REPORT AND

9   INTO THE CALCULATIONS OF YOUR SENTENCING

10  GUIDELINES.

11           AND I AM GOING ALL THE WAY DOWN AND

12  EVENTUALLY WILL GET TO THE END OF THE FACTUAL

13  BASIS.  AND IT LOOKS LIKE IT'S RIGHT HERE AT THE

14  TOP OF PAGE 25, AND IT LOOKS LIKE THAT'S YOUR

15  SIGNATURE.  IS THAT YOUR SIGNATURE?

16           THE DEFENDANT:  YES, YOUR HONOR.

17           THE COURT:  WHEN YOU SIGNED IT THERE,

18  YOU HAD ALREADY READ THAT FACTUAL BASIS THAT

19  PRECEDES YOUR SIGNATURE; IS THAT CORRECT?

20           THE DEFENDANT:  YES.

21           THE COURT:  WHEN YOU SIGNED IT THERE,

22  WERE YOU ACKNOWLEDGING AND STIPULATING THAT THE

23  FACTUAL BASIS THAT PRECEDES YOUR SIGNATURE IS

24  TRUE AND CORRECT?

25           THE DEFENDANT:  YES, YOUR HONOR.

1                    THE COURT:  OKAY.  THEN THIS SECTION

2     HERE IS, THE RECOMMENDED SENTENCE, IS APPARENTLY

3     THE AGREEMENT YOU HAVE WITH THE GOVERNMENT AS TO

4     WHAT THEY WOULD RECOMMEND.  AND IT LOOKS LIKE TO

5     ME PART OF IT IS INCARCERATION FOR A TERM OF 50

6     YEARS.  DO YOU SEE THAT?

7                    THE DEFENDANT:  YES.

8                    THE COURT:  YOU UNDERSTOOD THAT'S

9     WHAT'S IN THIS DOCUMENT; IS THAT CORRECT?

10                    THE DEFENDANT:  YES, YOUR HONOR.

11                    THE COURT:  THAT WHOLE SECTION THERE;

12    OKAY?

13                    AND THEN THERE IS ANOTHER SECTION RIGHT

14    HERE, BEGINNING OF PAGE, LOOKS LIKE 29, WAIVER OF

15    YOUR RIGHT TO APPEAL OR FILE A POST-CONVICTION

16    RELIEF.  DO YOU REMEMBER THAT SECTION?

17                    THE DEFENDANT:  YES.

18                    THE COURT:  AND, YES, THAT STARTED ON

19    PAGE 29.  AND ON PAGE 30, LOOKS LIKE IT'S GOT

20    YOUR SIGNATURE AT THE BOTTOM OF THAT SECTION.  IS

21    THAT YOUR SIGNATURE?

22                    THE DEFENDANT:  YES, YOUR HONOR.

23                    THE COURT:  WHEN YOU SIGNED IT THERE,

24    WERE YOU ACKNOWLEDGING THAT THAT SECTION WAS

25    THERE AND YOU UNDERSTOOD IT?

```
 1                    THE DEFENDANT:  YES.

 2                    THE COURT:  THEN WE GO ALL THE WAY

 3    TOWARD THE END OF THE DOCUMENT, ON PAGE 39 LOOKS

 4    LIKE IT HAS YOUR SIGNATURE AGAIN.  IS THAT YOUR

 5    SIGNATURE?

 6                    THE DEFENDANT:  YES, YOUR HONOR.

 7                    THE COURT: HAS ANYBODY THREATENED YOU,

 8    FORCED YOU, OR COERCED YOU IN ANY WAY TO GET YOU

 9    TO PLEAD GUILTY?

10                    THE DEFENDANT:  NO, YOUR HONOR.

11                    THE COURT:  ARE YOU WANTING TO PLEAD

12    GUILTY BECAUSE YOU ARE, IN FACT, GUILTY?

13                    THE DEFENDANT:  YES, YOUR HONOR.

14                    THE COURT:  LET ME ASK YOUR LAWYER:  DO

15    YOU KNOW ANY REASON I SHOULD NOT ACCEPT THIS

16    GUILTY PLEA IF IT'S OFFERED?

17                    MR. GIBSON:  YOUR HONOR, I DO NOT.

18                    THE COURT:  LET ME ASK MS. WHITE:  DO

19    YOU KNOW ANY REASON I SHOULD NOT ACCEPT THE

20    GUILTY PLEA IF THE DEFENDANT OFFERS IT?

21                    MS. WHITE:  NO, YOUR HONOR.

22                    THE COURT:  ALL RIGHT.  MR. BEATTY, I

23    AM PREPARED TO ACCEPT YOUR GUILTY PLEA TO COUNTS

24    ONE, TWO, THREE, FOUR, FIVE, AND SIX IF YOU WISH

25    TO OFFER IT.  BUT I NEED YOU TO UNDERSTAND:  YOU
```

1   DO NOT HAVE TO PLEAD GUILTY.  DO YOU UNDERSTAND

2   THAT?

3               THE DEFENDANT:  YES, YOUR HONOR.

4               THE COURT:  IS THERE ANYTHING YOU WANT

5   TO ASK ME BEFORE I ASK YOU HOW YOU PLEAD TO THESE

6   COUNTS?

7               THE DEFENDANT:  NO, YOUR HONOR.

8               THE COURT:  TO THE OFFENSES CHARGED IN

9   COUNTS ONE, TWO, THREE, FOUR, FIVE, AND SIX OF

10  THE INDICTMENT, HOW DO YOU PLEAD?

11              THE DEFENDANT:  GUILTY.

12              THE COURT:  IT IS THE FINDING OF THIS

13  COURT THAT THE DEFENDANT IS FULLY CAPABLE AND

14  COMPETENT, THAT HE IS INFORMED, AND THIS IS A

15  KNOWING PLEA SUPPORTED BY AN INDEPENDENT BASIS IN

16  FACT CONTAINING EACH OF THE ESSENTIAL ELEMENTS OF

17  THE OFFENSE, AND THAT THE DEFENDANT HAS ENTERED

18  SUCH A PLEA OF GUILTY, A KNOWING AND VOLUNTARILY

19  PLEA SUPPORTED BY AN INDEPENDENT BASIS IN FACTS.

20              YOU ARE NOW ADJUDGED GUILTY OF COUNTS

21  ONE, TWO, THREE, FOUR, FIVE, AND SIX.  AND THIS

22  COURT WILL SET UP A SENTENCING FOR YOU; THAT WILL

23  BE IN PERSON.  YOU WILL GET CONTACTED BY THE

24  PROBATION OFFICE.  THEY WILL BE PUTTING TOGETHER

25  A PRESENTENCE REPORT AND WE WILL HAVE YOU BACK

```
 1   FOR THAT.  OKAY?
 2            DO YOU HAVE ANY QUESTIONS OF ME?
 3            THE DEFENDANT:  NO, YOUR HONOR.
 4            THE COURT:  ALL RIGHT.  THAT WILL BE
 5   THE END OF IT.  Y'ALL HAVE A NICE DAY.
 6                (IN RECESS.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1   ********************************************

2               C E R T I F I C A T E

3   ********************************************

4   IN RE:    USA V. JUSTIN DAVID BEATTY

5   CASE #:   5:19-CR-482-LSC-HNJ

6

7         I HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT

8   IN THE ABOVE-STYLED CAUSE IS TRUE AND CORRECT.

9

10  _____        JULY 12, 2021

11  LINDY M. FULLER, RMR, CRR, CRC

12  FEDERAL OFFICIAL COURT REPORTER

13  HUGO L. BLACK U.S. COURTHOUSE

14  1729 5TH AVENUE NORTH

15  BIRMINGHAM, ALABAMA   35203

16

17

18

19

20

21

22

23

24

25
```