**FILED**
2022 Jun-27  AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11979

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JUSTIN DAVID BEATTY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:19-cr-00482-LSC-HNJ-1

_____

JUDGMENT

ISSUED AS MANDATE:  06/27/2022

2                                                                                              21-11979

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 27, 2022

For the Court: DAVID J. SMITH, Clerk of Court